UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAYNE GILMORE, et al.,

        Plaintiffs,

-against-

THE CITY OF NEW YORK,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/08/2020

19-CV-6091 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      For the reasons stated on the record during the June 3, 2020 discovery conference, plaintiffs' letter-application dated May 22, 2020 (Dkt. No. 40), which seeks to compel defendant to produce a Fed. R. Civ. P. 30(b)(6) witness to testify as to certain topics related to Fair Labor Standards Act training, is GRANTED IN PART. Defendant must produce a witness to testify about topic (a) as noticed.  The Court modifies topics (b) and (c) by striking the word "legal." Defendant must produce a witness to testify about topics (b) and (c) as modified.

      The Clerk of Court is respectfully directed to close the motion at Dkt. No. 40.

Dated: New York, New York
       June 8, 2020

                              **SO ORDERED**.

                              **BARBARA MOSES**
                              **United States Magistrate Judge**