```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/06/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAYNE GILMORE, et al.,

        Plaintiffs,

  -against-

THE CITY OF NEW YORK,

        Defendant.

19-CV-6091 (GBD) (BCM)

**AMENDED ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

     By memo endorsement dated July 2, 2020 (Dkt. No. 49), the Court directed the parties to serve dispositive motions "three (3) days following the close of discovery, unless otherwise ordered by the District Judge." The Court regrets its editing error. Dispositive motions are due **thirty (30) days following the close of discovery**, unless otherwise ordered by the District Judge.

Dated: New York, New York
       July 6, 2020

                              **SO ORDERED**.

                              */s/ Barbara Moses*

                              **BARBARA MOSES**
                              **United States Magistrate Judge**