UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
DWAYNE GILMORE et al.,

                      Plaintiffs,

    -against-

THE CITY OF NEW YORK,

                      Defendant.
------------------------------------- x

ORDER

19 Civ. 6091 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for July 22, 2020 at 9:45 am is canceled.

Dated: New York, New York
       July 14, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge