```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/03/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAYNE GILMORE, et al.,

        Plaintiffs,

-against-

THE CITY OF NEW YORK,

        Defendant.

19-CV-6091 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the August 3, 2020 discovery conference, it is hereby ORDERED that defendant's letter-motion dated July 17, 2020 (Dkt. No. 54), which the Court construes as a motion to compel the production of documents and to dismiss the claims of plaintiff Rodney Taylor, is GRANTED to the extent that:

Plaintiffs Lester Sykes, Michael Bryant, and German Sosa are hereby ORDERED to produce all documents responsive to defendant's document demands No. 5, 12, and 13,[1] including, but not limited to, the responsive documents they described at their depositions, no later than **September 2, 2020**. These documents are now significantly overdue. **Any failure to produce them within the deadline set by this Order may lead to substantial sanctions.**

Dated: New York, New York
      August 3, 2020

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] Those demands seek: "[a]ll logs, journals, diaries, or other documents maintained by Plaintiffs concerning the allegations in the Complaint or FAC"; "[a]ll documents or communications identifying the time worked by Plaintiffs, *e.g.*, all diaries, journals, day-timers, day planners, calendars, e-mails, and other records that memorialize the time worked by Plaintiffs"; and "[a]ll documents or communications identifying the vehicle plaintiffs used during their scheduled shifts, *e.g.*, all diaries, journals, day-timers, day planners, calendars, e-mails, and other records that memorialize the vehicle driven by Plaintiffs." (*See* Dkt. No. 54-2, at 1.)