```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAYNE GILMORE, et al.,

        Plaintiffs,

-against-

CITY OF NEW YORK,

        Defendant.

19-CV-6091 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

The Court is in receipt of the parties' letter-motion for approval of their proposed settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). (Dkt. No. 89.) However, plaintiffs' counsel neglected to attach a copy of their retainer agreement with plaintiffs, as required by the Court's January 19, 2021 Order. (Dkt. No. 86.) Additionally, the Court requests that the parties submit a supplemental letter-brief addressing whether and to what extent the Court should consider, when analyzing the "degree of success" that counsel obtained for their clients, *Fisher v. SD Prot. Inc.*, 948 F.3d 593, 606-07 (2d Cir. 2020), the fact that only four of the nine individuals who were at one time plaintiffs in this action will obtain any recovery.

The supplemental materials shall be submitted no later than **February 26, 2021**.

Dated: New York, New York
       February 19, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**