

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAYNE GILMORE, et al.,

Plaintiffs,

-against-

THE CITY OF NEW YORK,

Defendant.

19-CV-6091 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

For the reasons stated at Dkt. No. 59, defendant's motion to dismiss the claims of plaintiff Rodney Taylor (Dkt. No. 54) is GRANTED. Taylor's claims are DISMISSED without prejudice.

Dated: New York, New York
       March 4, 2021

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**